## Case No. 11,603.

### READ v. BERTRAND.

[4 Wash. C. C. 558.] [1]

Circuit Court, D. Pennsylvania. Oct. Term, 1825.

DEPOSITION—TAKEN UNDER RULE—INABILITY OF WITNESS TO ATTEND.

A deposition taken under a rule of court to be read in case of the inability of the witness to attend, cannot be read, unless such inability be shown, or that the witness lives beyond the reach of a subpœna.

Action of assumpsit. The court decided that a deposition taken under a rule of court, on twenty-four hours notice, to be read in case of the inability of the witness to attend; could not be given in evidence without proof of such inability, or that the witness lived beyond the distance to which a subpœna could reach, to compel his appearance. The plaintiff suffered a nonsuit.

## Case No. 11,604.

### READ et al. v. CARBERY.

[2 Cranch, C. C. 417.] [2]

Circuit Court, District of Columbia. Oct. Term, 1823.

NOTES—INDORSER—DISHONOR—NOTICE—WHEN TO BE GIVEN.

If payment of a note be demanded and refused on the third day of grace, notice to the indorser on the next day is in due time.

Assumpsit [by L. & D. Read] against [Thomas Carbery] the indorser of B. G. Orr's promissory note, dated December 15th, 1819, payable four months after date. Payment was demanded of the maker on the 18th of April, 1820, and the protest and notice to the defendant were on the 19th of April. The verdict was taken, subject to the opinion of the court, whether the de-

1 [Originally published from the MSS. of Hon. Bushrod Washington, Associate Justice of the Supreme Court of the United States, under the supervision of Richard Peters, Jr., Esq.]

2 [Reported by Hon. William Cranch, Chief Judge.]

mand and notice were in sufficient time. At December, 1824, the judgment was rendered for the plaintiffs, according to the verdict.